ACCEPTED
04-15-00245-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/2/2015 10:18:49 AM
KEITH HOTTLE
CLERK

## No. 04-15-00245-CR

### IN THE
### FOURTH COURT OF APPEALS
### OF TEXAS
### AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

10/02/15 10:18:49 AM

KEITH E. HOTTLE
Clerk

**JULIO ALEJANDRO ZUNIGA**                               **APPELLANT**

**V.**

**THE STATE OF TEXAS**                                        **APPELLEE**

---

### MOTION TO WITHDRAW AS COUNSEL

---

**TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS OF TEXAS:**

COMES NOW, JULIO ALEJANDRO ZUNIGA, the Appellant in the above styled and numbered cause, through the undersigned counsel, pursuant to Texas Rules of Appellate Procedure 6.1, 6.5, 10.1(a) and 10.2, and files this motion to withdraw as counsel for the Appellant. In support of this motion, undersigned counsel respectfully shows the following:

### I.      The factual basis for this motion:

The trial court appointed attorney Michael Young, in his capacity as Chief Public Defender of Bexar County, Texas, to represent the Appellant in this case. The

1

case was assigned to the undersigned attorney while he was employed as an Assistant Public Defender with the Appellate Unit of the Bexar County Public Defender's Office. The undersigned attorney entered his appearance as lead counsel for the Appellant by filing the docketing statement in this case.

On September 24, 2015, the undersigned attorney was abruptly fired by Chief Public Defender Michael Young and is no longer employed by the Bexar County Public Defender's Office. The undersigned attorney offered to continue to represent the Appellant in this case, but Mr. Young refused and said the Public Defender's Office would "keep" its cases. Mr. Young told the undersigned to leave the office immediately. The undersigned attorney was not allowed to access his former work computer or electronic files, and has no access to the physical file that he created for this case. He also cannot receive any emails that this Court may have sent to his former Bexar County email address, including any notices or orders relating to this case. In short, the undersigned can do no further work in this case.

Within a few hours after being fired, the undersigned attorney met in person with the Honorable Clerk of the Court, Keith Hottle, to explain that he could take no further action in this case despite the pending deadline for filing the Appellant's brief. The undersigned provided the same information by letter the next day.

One week later, the undersigned still listed as lead counsel in this case per the

Court's website. Despite being listed as lead counsel, someone else, presumably Chief Public Defender Michael Young, filed a motion for an extension of time to file the appellant's brief. That motion was granted by this Court.

To avoid being held accountable for any further delay in this case, and also to avoid being held accountable for some other person's filings or similar actions, taken without the undersigned attorney's knowledge or consent even while he is still listed as lead counsel on this Court's website, the undersigned now must formally move to withdraw as counsel for the Appellant. All of these facts are within the personal knowledge of the undersigned attorney.

**II.    Required contents of a motion for leave to withdraw:**

Rule 6.5(a) of the Texas Rules of Appellate Procedure requires the withdrawing attorney to provide the following information:

(1)  The appellant's brief is due to be filed on November 20, 2015.

(2)  The appellant's last known address is:   Julio Alejandro Zuniga, #01961551, Telford Unit, 3899 HWY 98, New Boston, TX 75570.

(3)  A copy of this motion was mailed to the Appellant via Certified Mail, Return Receipt Requested, Article No. 7010 1870 0003 3825 1383

(4)  The Appellant was informed that he could object to this motion, and also informed that the undersigned attorney no longer works for the Bexar County

Public Defender's Office.

**III.    The undersigned attorney will accept appointment in this case:**

If appointed by the trial court, the undersigned attorney will continue to represent the Appellant in this case, but only if the Appellant consents and the Bexar County Public Defender's Office is removed as counsel of record.

## **PRAYER**

THEREFORE, undersigned counsel for the Appellant prays that this Court temporarily abate this appeal and remand this case to the trial court for a hearing on this motion. As always, the Appellant also asks this Court to grant all such relief as is fair and just.

Respectfully submitted,

RICHARD B. DULANY, JR.
Texas Bar No. 06196400
Attorney at Law
P.O. Box 782524
San Antonio, TX 78278
(210) 373-2303
(210) 444-9070 fax
richarddulany@gmail.com

/s/ Richard B. Dulany, Jr.

_____
RICHARD B. DULANY, JR.

ATTORNEY FOR APPELLANT

4

## CERTIFICATE OF SERVICE AND COMPLIANCE

The undersigned does hereby certify that a copy of the above motion was delivered by electronic service to the Appellate Section of the State's Attorney: Nicholas A. LaHood, Criminal District Attorney, Bexar County District Attorney's Office, Appellate Section, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205, on **October 2, 2015**. The word count is **805**.

/s/ Richard B. Dulany, Jr.

_____

RICHARD B. DULANY, JR.